WILLIAM STEVENS v. CARP RIVER IRON CO., JOHN BURT AND ALVIN C. BURT.
(TWO CASES.)

*Corporation—Power to confess judgment.*

The treasurer of a corporation has no power as such to confess judgment for it.

Error to Wayne. (Full Court.) June 18.—June 19.

ASSUMPSIT. Defendants bring error. Reversed.

*Alfred Russell* for appellants.

*Fremont Woodruff* for appellee.

SHERWOOD, J. These [are] two cases in which judgments have been taken by confession on notes purporting to be given by a corporation. No process was served on the corporation, and the authority to confess the judgment is given by the treasurer of the corporation. That the treasurer was ever empowered to give such authority is not shown. The control of corporate affairs is in its governing board. The treasurer has no implied power, as such, to consent to judgment against the corporation without the institution of suit. Such a power would be a dangerous one, and it is not likely any governing board would ever confer it as a general unrestricted power. The law has certainly not done so.

The judgments are, therefore, without any basis whatever, and they must be reversed.

The other Justices concurred.